# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-2812
_____

LUAN LAM,

Appellant,

v.

ARLINGTON MOTOR COMPANY,
INC., d/b/a Arlington Toyota, and
FRED BYRD,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

September 29, 2022

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth B. Wright of Bledsoe, Jacobson & Wright, Jacksonville, for Appellant.

Lisa Ann McGlynn of Fisher & Phillips LLP, Tampa, for Appellees.